NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IMS ENGINEERS-ARCHITECTS, P.C.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5118

---

Appeal from the United States Court of Federal Claims in case no. 07-CV-291, Judge Christine O.C. Miller.

---

**ON MOTION**

---

**ORDER**

The United States moves without opposition for a 9-day extension of time, until January 5, 2011, to file its initial brief.

Accordingly,

IT IS ORDERED THAT:

The motion for an extension of time is granted. No further extensions should be anticipated.

FOR THE COURT

__JAN 1 1 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Adam H. Van Buskirk, Esq.
Robert C. Bigler, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 1 2011

JAN HORBALY
CLERK